PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: **Carlos Adam Whitaker** | Case Number: **1:02-CR-00156(3)** |

Name of Sentencing Judicial Officer: **The Honorable S. Arthur Spiegel**
**Senior United States District Court Judge**

Date of Original Sentence: **November 20, 2003**

Original Offense: **Conspiracy to Possess with Intent to Distribute Methamphetamine, in Excess of Five Grams**

Original Sentence: **33 months imprisonment, 48 months supervised release, chemical dependancy assessment and comply with any recommended treatment**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **May 26, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | The defendant is alleged to be in violation of the standard condition of supervision to "submit to DNA testing," in that he failed to report for DNA testing on August 29, 2006, and December 4, 2006. |

At the time of Mr. Whitaker's placement on supervised release on May 20, 2006, he received notice of the requirement to submit to DNA testing as a standard condition of his supervision. On August 23, 2006, a reminder letter for DNA testing was sent to Mr. Whitaker, instructing him to report on August 29, 2006, to comply with the DNA condition. Mr. Whitaker failed to report for this appointment. This officer met with the defendant on September 5, 2006, to discuss his failure to report for DNA testing on August 29, 2006. Mr. Whitaker stated he did not receive the reminder letter sent by the probation officer.

Mr. Whitaker was rescheduled for the DNA testing on December 4, 2006. Mr. Whitaker failed to report for his appointment. He called earlier that day and advised he was having car trouble and hoped to have his transportation problems complete by end of the business day in order to report for DNA testing. However, Mr. Whitaker did not report that day. He did call the following day to advise the probation officer that his automobile was still not operational, and he had no other means of transportation.

Mr. Whitaker is employed full-time at Advance Interior Solutions in Springboro, Ohio. He has been cooperative with all other general and special conditions of supervision. In reference to Mr. Whitaker's special condition of undergoing a substance abuse assessment, Mr. Whitaker completed transitional counseling while at the halfway house through the Nova House Association. All drug tests since that time have been negative.

**U.S. Probation Officer Action**: It is respectfully recommended that no Court action be taken at this time. Mr. Whitaker has been counseled by this officer for his failure to complete DNA testing. Although the next DNA testing date has not been scheduled, Mr. Whitaker has been informed that no excuses will be accepted for failure to complete DNA testing during the next scheduled session. If the Court has any questions regarding this memorandum, please contact the probation officer at (937) 512-1475.

Respectfully submitted,          Approved,

by   *[signature]* by            *[signature]*

**Raynell M. Adams**              **Kristin Keyer**
U. S. Probation Officer           Senior, U. S. Probation Officer
Date:   **January 10, 2007**      Date:   **January 10, 2007**

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

1/18/07
Date