IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 1:02CR00156(3) |
| Carlos Adam Whitaker ) | |
| ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on May 26, 2006, for a period of Four (4) years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this  11  day of  September , 2008

_____
The Honorable S. Arthur Spiegel
United States Senior District Judge